# ELECTRONIC RECORD

**1609-14**

COA # 14-13-00626-CR

OFFENSE: Capital Murder

STYLE: Christopher Camacho v The State of Texas

COUNTY: Fort Bend

COA DISPOSITION: Affirmed

TRIAL COURT: 400th District Court

DATE: October 07, 2014   Publish: No

TC CASE #:06-DCR-045165A

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Christopher Camacho v The State of Texas

CCA # _____

_____ **APPELLANT'S** Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____ REFUSED

DATE: _____ 03/25/2015

JUDGE: _____

CCA Disposition: **1609-14**

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**